MIE 1A  
Revised 07/12

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

UNITED STATES OF AMERICA

v.

ERIC BOLDEN                                             Crim. No.: 09-CR-20561-04

On 09/17/2014, the Court authorized the issuance of a probation summons based upon a violation petition citing violations of probation. The issue of the violation was heard in Court on 10/22/2014, and the Court made the following finding(s):

　　Guilty of violating condition(s) of supervision. The following special condition of supervision is added:

**X**　　Four months custody, suspended upon payment of $600.00 to restitution by January 5, 2015. The offender will then pay $150.00 per month by the first business day of each month until supervision termination.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　s/David J. Smith
　　　　　　　　　　　　　　　　　　　　United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this _19th_ Day of _November_, 2014.

　　　　　　　　　　　　　　　　　　　　George Caram Steeh
　　　　　　　　　　　　　　　　　　　　United States District Judge